United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-1973
_____

Wally Bredemeier,                           *
                                            *
            Appellant,                      *
                                            *
      v.                                    *     Appeal from the United States
                                            *     District Court for the
Hallmark Cards, Inc., a Missouri            *     Western District of Missouri.
corporation; Hallmark Marketing             *
Corporation, a Delaware                     *         [UNPUBLISHED]
corporation; Kenneth J. Sive;               *
Thomas L. Haskin; Gary Jacobsen,            *
                                            *
            Appellees.                      *

_____

Submitted: August 7, 1997
Filed: August 18, 1997
_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.
_____

PER CURIAM.

After the District Court[1] granted summary judgment to defendants in his age discrimination case, Wally Bredemeier appeals. Having reviewed the record and the parties' briefs, we conclude that the judgment of the District Court was correct. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.